

# Fourth Court of Appeals
## San Antonio, Texas

March 1, 2021

No. 04-20-00585-CV

**IN THE INTEREST OF A.A.G.; J.A.G, III; J.A.G.; S.A.G.; AND J.G.; CHILDREN**

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 19-03-37147-MCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights, which must be disposed of by this Court within 180 days of the date the notice of appeal is filed. Tex. R. Jud. Admin. 6.2. Appellant, A.E., filed her notice of appeal on November 20, 2020. Thus, the 180-day deadline in which this court must dispose of this appeal is May 19, 2021. Appellant's brief was originally due on January 25, 2021. On January 21, 2021, appellant filed a motion for extension of time to file appellant's brief, requesting a thirty-day extension of time. Because of the 180-day deadline in this appeal, appellant's motion was granted in part on January 22, 2021, and appellant's brief was due no later than February 14, 2021. Our order cautioned appellant that, given the time constraints governing the disposition of this appeal, further requests for extensions of time would be disfavored. The brief has not been filed.

Appellant is represented on appeal by appointed counsel, Mr. Clay Thomas. We ORDER Mr. Clay to file appellant's brief **no later than March 22, 2021**. If appellant's brief is not filed by that date, we will abate this appeal to the trial court for an abandonment hearing. *See* TEX. FAM. CODE § 107.013(a)(1) (giving indigent persons a right to counsel in parental rights termination cases); *In re M.S.*, 115 S.W.3d 534, 544 (Tex. 2003) (holding that this right to counsel includes the right to effective counsel).

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of March, 2021.

FILE COPY



_____
MICHAEL A. CRUZ, Clerk of Court